UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-32447 |
| | ) | |
| HENRY J. CURTIS | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| DEBTOR | ) | |

**ORDER**

The creditor, Janet W. Curtis, ("Janet") by counsel, having moved the Court to Amend and Supplement its Order of Confirmation entered December 6, 2017 [Doc. 17] establishing the claim of Janet, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND** ADJUDGED that the domestic support obligations is established at $425.00 per month; plus the post-petition domestic support obligation.

*[signature: Thomas H. Fulton]*

Thomas H. Fulton
United States Bankruptcy Judge

Dated: January 3, 2018

   /s/ Mark J. Sandlin
MARK J. SANDLIN
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky   40059
(502) 589-4440 – Phone
(502) 581-1344 – Fax
msandlin@goldbergsimpson.com