UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HENRY J. CURTIS | ) | CASE NO. 17-32447-thf |
| | ) | |
| DEBTOR | ) | CHAPTER 13 |

## ORDER TERMINATING STAY

Janet Curtis, by counsel, having moved the Court to terminate the automatic stay afforded the Debtor and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the stay afforded the Debtor pursuant to 11 USC §362 be and the same is terminated so as to allow Janet Curtis to enforce the domestic support obligations as defined in 11 U.S.C. §101(14A) owed by the Debtor.

**IT IS FINALLY ORDERED AND ADJUDGED** that the relief sought by the movant in its Motion shall be available to it immediately upon entry of this Order pursuant to Fed.R.Bkrtcy.P. 4001(a)(3).

*/s/ Thomas H. Fulton*
Thomas H. Fulton
United States Bankruptcy Judge

Dated: October 3, 2018

TENDERED BY:
GOLDBERG SIMPSON, LLC

By: */s/ Mark J. Sandlin*
        Mark J. Sandlin
        9301 Dayflower Street
        Louisville, Kentucky 40059
        Phone, (502) 585-8551
        Fax, (502) 581-1344
        msandlin@goldbergsimpson.com