UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
|    Henry J. Curtis ) | |
| ) | CASE NO. 17-32447 |
| ) | CHAPTER 13 |
|              Debtor ) | |
| ) | |

## ORDER

This matter having come before the Court on Motion by the Debtor to Incur Post-Confirmation Credit and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Debtor is authorized to incur credit in the amount of $27,000 for the purpose of purchasing a 2019 Kia Optima.

*[signature: Thomas H. Fulton]*

Thomas H. Fulton
United States Bankruptcy Judge

Dated: October 18, 2019

Tendered by:
Matthew Owen
WHITFORD & NEUHAUSER
539 W. Market Street
Suite 400
Louisville, Kentucky 40202
(502) 648-9392
(877) 392-7941 - fax
Email: whitford13notice@gmail.com
*Counsel for Debtor*