201708759
rc

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN RE: | Case No. 17-32447 |
| HENRY J CURTIS DBA CURTIS LAW OFFICE FDBA HANKY JOE'S RIB SHACK, | Chapter 13 |
| Debtor | Judge Joan A. Lloyd |
| | **AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF GSMPS MORTGAGE LOAN TRUST 2005-RP3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-RP3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FILED ON OCTOBER 22, 2020, DOCKET NO. 47 (PROPERTY ADDRESS: 4220 NORTHWESTERN PARKWAY LOUISVILLE, KY 40212)** |

This matter came to be considered on the Motion for Relief from the Automatic Stay (the "Motion") filed on October 22, 2020 Docket No. 47 by GSMPS Mortgage Loan Trust 2005-Rp3, Mortgage Pass-Through Certificates, Series 2005-RP3, U.S. Bank National Association, As Trustee, Successor-In-Interest To Wachovia Bank National Association, As Trustee ("Movant") regarding the property located at 4220 Northwestern Parkway, Louisville, KY 40212.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion, the terms of which are set forth as follows: The post-petition arrearage due as of November 5, 2020, is $15,379.01, which amount consists of:

Post Petition Payments:

| Amount | Date Due |
|---|---|
| $1,478.65 | February 01, 2020 |
| $1,478.65 | March 01, 2020 |
| $1,478.65 | April 01, 2020 |
| $1,478.65 | May 01, 2020 |
| $1,478.65 | June 01, 2020 |
| $1,478.65 | July 01, 2020 |
| $1,478.65 | August 01, 2020 |
| $1,478.65 | September 01, 2020 |
| $1,478.65 | October 01, 2020 |
| $1,478.65 | November 01, 2020 |

and $850.00 for attorney fees associated with the Motion and $181.00 incurred herein for filing the Motion, less $438.49 in debtors' suspense account.

In order to cure said post-petition arrearage, Movant shall file a Supplemental Proof of Claim in the amount of $15,379.01.

**IT IS THEREFORE, ORDERED:**

1. The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter l3 plan beginning with a payment due December 1, 2020. Failure by the Debtor to make any payment within 15 days of the date due shall constitute a default. All payments shall be tendered to:

> **Cenlar FSB**
> **425 Phillips Boulevard**
> **Ewing, NJ 08618**

This payment address is subject to change.

2. Upon the existence of a default, Movant's counsel shall send Debtor and counsel for

Debtor a 10-day notice of Movant's intent to file a Notice of Default without further order from this Court

3. If the default is not cured within that 10-day period, then upon the filing of a Notice of Default the automatic stay shall be terminated in all respects as against Movant its successors and assigns without further hearing or order from this Court and by agreement of the parties hereto. The only ground for objection to such a Notice shall be that payments are timely made.

4. Upon dismissal, discharge, chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding, payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

SO ORDERED

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: November 23, 2020

SUBMITTED BY:

/s/ Mia L. Conner_____
Mia L. Conner, Case Attorney
KBA No. 90625
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 / (513) 241-4094 Fax
wkybk@lsrlaw.com
Attorneys for Movant

APPROVED BY:

/s/ Raphael J. Whitford_____
Raphael J. Whitford, Counsel for Debtor(s)
539 W. Market St., Ste. 400
Louisville, KY 40202
whitford13notice@gmail.com
Attorney for Debtor(s)

COPIES TO:

Mia L. Conner - Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45202-4007
wkybk@lsrlaw.com
VIA ELECTRONIC SERVICE

William W. Lawrence - Trustee
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202
ECF@louchapter13.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Charles R. Merrill
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Raphael J. Whitford – Attorney for Debtors
539 W. Market St., Ste. 400
Louisville, KY 40202
whitford13notice@gmail.com
VIA ELECTRONIC SERVICE

Henry J Curtis
4220 N Western Pkwy
Louisville, KY 40212