UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Henry J. Curtis | CASE NO.  17-32447 |
| Debtor(s) | |

**ORDER TO RESUME PLAN PAYMENTS**

THIS MATTER having come before the Court on April 26, 2023, on the Trustee's motion for the debtor(s) to appear and show cause why this Chapter 13 bankruptcy case should not be dismissed for failure to make payments in accordance with the Order of Confirmation. The Court having considered statements of counsel for the debtor(s) and of the Trustee, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the debtor(s) resume making payments in accordance with the Order of Confirmation.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that should the debtor(s) fail to comply with this Order or again become in arrears under the Plan, the Trustee shall file a motion to dismiss this case, which may be granted without further notice or hearing.

Joan A. Lloyd
United States Bankruptcy Judge
Dated: April 26, 2023

kg